**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Jessica J. Semidey                        CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 20-13983 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of M&T Bank and index same on the master mailing list.

                                                        Respectfully submitted,

                                           /s/Rebecca A. Solarz
                                           Rebecca Solarz
                                           09 Oct 2020, 11:51:15, EDT

                                       KML Law Group, P.C.
                                       701 Market Street, Suite 5000
                                       Philadelphia, PA 19106-1532
                                       (215) 627-1322