UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Jessica J. Semidey<br><br>    Debtor | Chapter 13<br>Bankruptcy No.20-13983-PMM |

CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 11th day of January, 2021, by first class mail upon those listed below:

Jessica J. Semidey
630 Hilton Drive
Lancaster, PA  17603

**Electronically via CM/ECF System Only:**

ALAINE V GRBACH ESQ
675 ESTELLE DRIVE - REAR
LANCASTER, PA  17601-2129


                                                                   */s/ Deborah A. Earnshaw*
                                                                   Deborah A. Earnshaw
                                                                   for
                                                                   Scott F. Waterman, Esquire
                                                                   Standing Chapter 13 Trustee