LAW OFFICES
MCCALLA RAYMER LEIBERT PIERCE, LLC
BANKRUPTCY DEPARTMENT
1544 Old Alabama Road
<u>Roswell,   GA 30076</u>
TELEPHONE: 770-643-7200
TELEFAX: 866-761-0279
1-800-275-7171

January 11, 2021

Clerk, United States Bankruptcy Court
400 Washington St.
The Madison, Suite 300
Reading, PA 19602

<b><u>REQUEST FOR SERVICE OF NOTICES</u></b>

RE:

| | |
|---|---|
| Debtor | Jessica J. Semidey |
| Case Number | 20-13983 |
| Chapter | 13 |
| Secured Creditor | M & T Bank |
| Loan Number | XXXXXX7666 |

Dear Sir / Madam:

    Would you be so kind as to add the following interested party to the mailing / service list in the above referenced case:

    M & T Bank
    c/o MCCALLA RAYMER LEIBERT PIERCE, LLC
    Bankruptcy Department
    1544 Old Alabama Road
    Roswell, GA 30076

    Please provide us with a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to notices required by Bankruptcy Rules 2002(g) and the Local Rules of the Bankruptcy Court.

    We appreciate your courtesy in this matter.   If you have any questions, please do not hesitate to call me.

    Very Truly Yours,

    /s/ Melissa Licker
    c/o MCCALLA RAYMER LEIBERT PIERCE, LLC
    1544 Old Alabama Road
    Roswell, GA   30076
    Phone: 732-902-5384
    Email: Melissa.Licker@mccalla.com
    Attorney Bar No:

NOA