# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re: Jessica J. Semidey

Debtor(s)

Case No. 20-13983
Chapter 13

# SERVICE LIST

Aes Members 1st Fcu
Attn: Bankruptcy
Po Box 40
Mechanicsburg, PA 17055

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Chase Card Services
Attn: Bankruptcy
Po Box 15298
Wilmington, DE 19850

Citibank North America
Citibank SD MC 425
5800 South Corp Place
Sioux Falls, SD 57108

Citibank/The Home Depot
Citicorp Credit Srvs/Centralized Bk dept
Po Box 790034
St Louis, MO 63179

M & T Bank
Attn: Bankruptcy
Po Box 844
Buffalo, NY 14240

Mariner Finance, LLC
Attn: Bankruptcy
8211 Town Center Drive
Nottingham, MD 21236

P S E C U
Attention: Bankruptcy
Po Box 67013
Harrisburg, PA 17106

Syncb/: All Cards
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896