United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                    Case No. 20-13983-pmm

Jessica J. Semidey                                                                                  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 25, 2021 | Form ID: 155 | Total Noticed: 26 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jessica J. Semidey, 630 Hilton Drive, Lancaster, PA 17603-5710 |
| 14547672 | + | Aes Members 1st Fcu, Attn: Bankruptcy, Po Box 40, Mechanicsburg, PA 17055-0040 |
| 14556846 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14575340 | + | M & T Bank, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 14550095 | + | M&T Bank, c/o Rebecca A. Solarz, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14562219 | | M&T Bank, P.O. Box 840, Buffalo, NY 142040-0840 |
| 14575506 | + | M&T Bank, c/o Melissa Licker, McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 14562390 | | M&T Bank, P.O. Box 1288, Buffalo, NY 142040-0840 |
| 14549728 | + | M&T Bank, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14547678 | + | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14547673 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 26 2021 03:18:36 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14547675 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 26 2021 03:32:39 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 14566795 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 26 2021 03:32:40 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14547676 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 26 2021 03:19:00 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14547674 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Mar 26 2021 03:25:06 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14563942 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 26 2021 03:18:50 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14547677 | | Email/Text: camanagement@mtb.com | Mar 26 2021 04:01:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 14563807 | + | Email/Text: unger@members1st.org | Mar 26 2021 04:02:00 | Members 1st FCU, 5000 Louise Drive, Mechanicsburg, PA 17055-4899 |
| 14547679 | + | Email/Text: bankruptcynotices@psecu.com | Mar 26 2021 04:02:00 | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 14562959 | + | Email/Text: bankruptcynotices@psecu.com | Mar 26 2021 04:02:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 14547681 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 26 2021 03:32:02 | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14547680 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 26 2021 03:32:01 | Syncb/home Design-hi-p, Attn: Bankruptcy, Po |

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Mar 25, 2021 | Form ID: 155 | Total Noticed: 26

| | | | Box 965060, Orlando, FL 32896-5060 |
| 14567279 | + Email/PDF: gecsedi@recoverycorp.com | Mar 26 2021 03:32:02 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14547682 | + Email/PDF: gecsedi@recoverycorp.com | Mar 26 2021 03:32:02 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14547683 | + Email/PDF: gecsedi@recoverycorp.com | Mar 26 2021 03:18:33 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14547684 | + Email/PDF: gecsedi@recoverycorp.com | Mar 26 2021 03:32:02 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 16

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 27, 2021          Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| ALAINE V. GRBACH | on behalf of Debtor Jessica J. Semidey avgrbach@aol.com |
| REBECCA ANN SOLARZ | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Jessica J. Semidey

           Debtor(s)
                                         Chapter: 13

                                         Bankruptcy No: 20−13983−pmm

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this 25th day of March 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                       Patricia M. Mayer
                                       Judge ,
                                        United States Bankruptcy Court

28 − 21
Form 155