**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: : | |
| **JESSICA SEMIDEY,** : | CHAPTER 13 |
| : | CASE NO. 1920-13983 |
| DEBTOR. : | |

**CERTIFICATE OF NO RESPONSE WITH RESPECT TO**
**APPLICATION FOR COMPENSATION**

I, Alaine V. Grbach, Esquire, hereby certify that the twenty one (21) days during which parties in interest had to answer or object to the above Application for Compensation and Reimbursement of Expenses, after service thereon, exclusive of the date of service, have expired and no answer or objection has been filed and/or served upon undersigned Applicant.

                   Respectfully submitted,

**DATED: April 11, 2021**     /s/ **Alaine V. Grbach, Esquire**
                 Alaine V. Grbach, Esquire
                 Counsel to Debtor
                 675 Estelle Drive
                 Lancaster, PA 17601
                 (717) 399-8420- telephone
                 866-928-4707 - facsimile
                 I.D. No.: 45485