| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 20-13983-PMM

Jessica J. Semidey
630 Hilton Drive
Lancaster  PA    17603

Petition Filed Date: 10/05/2020
341 Hearing Date: 11/10/2020
Confirmation Date: 03/25/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/03/2021 | $125.00 |  | 06/01/2021 | $125.00 |  | 06/28/2021 | $125.00 |  |
| 08/02/2021 | $125.00 | 8/2/2021 | 09/02/2021 | $125.00 |  | 09/28/2021 | $125.00 |  |
| 11/08/2021 | $125.00 |  | 12/06/2021 | $125.00 |  | 01/06/2022 | $125.00 |  |
| 01/27/2022 | $125.00 |  | 03/01/2022 | $125.00 |  | 04/04/2022 | $125.00 |  |
| 05/04/2022 | $125.00 |  | 06/07/2022 | $125.00 |  | 08/03/2022 | $125.00 |  |

**Total Receipts for the Period: $1,875.00    Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $2,625.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | ALAINE V GRBACH ESQ | Attorney Fees | $2,900.00 | $2,292.50 | $607.50 |
| 1 | MARINER FINANCE LLC »» 001 | Unsecured Creditors | $1,217.95 | $0.00 | $1,217.95 |
| 2 | CHASE BANK USA NA »» 002 | Unsecured Creditors | $2,824.12 | $0.00 | $2,824.12 |
| 3 | M&T BANK »» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | PSECU »» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | MEMBERS 1ST FCU »» 005 | Unsecured Creditors | $10,213.61 | $0.00 | $10,213.61 |
| 6 | MEMBERS 1ST FCU »» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | LVNV FUNDING LLC »» 007 | Unsecured Creditors | $452.95 | $0.00 | $452.95 |
| 8 | CITIBANK NA »» 008 | Unsecured Creditors | $2,719.64 | $0.00 | $2,719.64 |
| 9 | CITIBANK NA »» 009 | Unsecured Creditors | $2,239.26 | $0.00 | $2,239.26 |
| 10 | SYNCHRONY BANK »» 010 | Unsecured Creditors | $1,710.96 | $0.00 | $1,710.96 |
| 11 | SYNCHRONY BANK »» 011 | Unsecured Creditors | $1,947.86 | $0.00 | $1,947.86 |
| 12 | SYNCHRONY BANK »» 012 | Unsecured Creditors | $3,199.84 | $0.00 | $3,199.84 |
| 13 | SYNCHRONY BANK »» 013 | Unsecured Creditors | $1,903.76 | $0.00 | $1,903.76 |

**Chapter 13 Case No. 20-13983-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,625.00 | Current Monthly Payment: | $125.00 |
| Paid to Claims: | $2,292.50 | Arrearages: | $125.00 |
| Paid to Trustee: | $217.50 | Total Plan Base: | $4,500.00 |
| Funds on Hand: | $115.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.