Office Mailing Address:
Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 20-13983-PMM**

Jessica J. Semidey
630 Hilton Drive
Lancaster  PA    17603

Petition Filed Date: 10/05/2020
341 Hearing Date: 11/10/2020
Confirmation Date: 03/25/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|------|--------|-----------|------|--------|-----------|------|--------|-----------|
| 08/03/2022 | $125.00 | | 09/06/2022 | $125.00 | | 10/06/2022 | $125.00 | |
| 11/07/2022 | $125.00 | | 01/23/2023 | $125.00 | | 02/08/2023 | $125.00 | |
| 02/24/2023 | $125.00 | | 02/28/2023 | $125.00 | | 03/23/2023 | $125.00 | |
| 04/27/2023 | $125.00 | | 05/31/2023 | $125.00 | | 06/27/2023 | $125.00 | |

**Total Receipts for the Period:  $1,500.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $4,125.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---------|---------------|-------|--------------|-------------|-------------|
| | **CLAIMS AND DISTRIBUTIONS** | | | | |
| 0 | ALAINE V GRBACH ESQ | Attorney Fees | $2,900.00 | $2,900.00 | $0.00 |
| 1 | MARINER FINANCE LLC<br>»» 001 | Unsecured Creditors | $1,217.95 | $18.31 | $1,199.64 |
| 2 | CHASE BANK USA NA<br>»» 002 | Unsecured Creditors | $2,824.12 | $76.37 | $2,747.75 |
| 3 | M&T BANK<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | PSECU<br>»» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | MEMBERS 1ST FCU<br>»» 005 | Unsecured Creditors | $10,213.61 | $276.20 | $9,937.41 |
| 6 | MEMBERS 1ST FCU<br>»» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $452.95 | $0.00 | $452.95 |
| 8 | CITIBANK NA<br>»» 008 | Unsecured Creditors | $2,719.64 | $73.53 | $2,646.11 |
| 9 | CITIBANK NA<br>»» 009 | Unsecured Creditors | $2,239.26 | $60.56 | $2,178.70 |
| 10 | SYNCHRONY BANK<br>»» 010 | Unsecured Creditors | $1,710.96 | $39.42 | $1,671.54 |
| 11 | SYNCHRONY BANK<br>»» 011 | Unsecured Creditors | $1,947.86 | $52.66 | $1,895.20 |
| 12 | SYNCHRONY BANK<br>»» 012 | Unsecured Creditors | $3,199.84 | $86.52 | $3,113.32 |
| 13 | SYNCHRONY BANK<br>»» 013 | Unsecured Creditors | $1,903.76 | $51.48 | $1,852.28 |

**Chapter 13 Case No. 20-13983-PMM**

| SUMMARY |
|:-:|

Summary of all receipts and disbursements from date filed through 8/1/2023:

| Total Receipts: | $4,125.00 | Current Monthly Payment: | $125.00 |
|---|---|---|---|
| Paid to Claims: | $3,635.05 | Arrearages: | $125.00 |
| Paid to Trustee: | $342.50 | Total Plan Base: | $4,500.00 |
| Funds on Hand: | $147.45 | | |

**<u>NOTES:</u>**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.