United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-13983-pmm |
| Jessica J. Semidey | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 17, 2023 | Form ID: 138OBJ | Total Noticed: 29 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jessica J. Semidey, 630 Hilton Drive, Lancaster, PA 17603-5710 |
| 14547672 | + | Aes Members 1st Fcu, Attn: Bankruptcy, Po Box 40, Mechanicsburg, PA 17055-0040 |
| 14550095 | + | M&T Bank, c/o Rebecca A. Solarz, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14562390 | | M&T Bank, P.O. Box 1288, Buffalo, NY 142040-0840 |
| 14562219 | | M&T Bank, P.O. Box 840, Buffalo, NY 142040-0840 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Nov 17 2023 23:39:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 17 2023 23:40:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14547673 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 17 2023 23:58:26 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14547675 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 17 2023 23:40:40 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 14566795 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 17 2023 23:58:57 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14547676 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 17 2023 23:40:37 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14547674 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 17 2023 23:40:33 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14556846 | + | Email/Text: RASEBN@raslg.com | Nov 17 2023 23:38:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14563942 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 17 2023 23:40:40 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14547677 | | Email/Text: camanagement@mtb.com | Nov 17 2023 23:39:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 14549728 | ^ | MEBN | Nov 17 2023 23:35:31 | M&T Bank, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14575340 | | Email/Text: BankruptcyECFMail@mccalla.com | Nov 17 2023 23:39:00 | M & T Bank, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 14575506 | | Email/Text: BankruptcyECFMail@mccalla.com | | |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 17, 2023 | Form ID: 138OBJ | Total Noticed: 29 |

| | | | | |
|---|---|---|---|---|
| | | | Nov 17 2023 23:39:00 | M&T Bank, c/o Melissa Licker, McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076 |
| 14547678 | + | Email/Text: bankruptcy@marinerfinance.com | Nov 17 2023 23:39:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14563807 | + | Email/Text: unger@members1st.org | Nov 17 2023 23:40:00 | Members 1st FCU, 5000 Louise Drive, Mechanicsburg, PA 17055-4899 |
| 14547679 | + | Email/Text: bankruptcynotices@psecu.com | Nov 17 2023 23:40:00 | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 14562959 | + | Email/Text: bankruptcynotices@psecu.com | Nov 17 2023 23:40:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 14547681 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 17 2023 23:40:27 | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14547680 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 17 2023 23:40:27 | Syncb/home Design-hi-p, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14567279 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 17 2023 23:40:27 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14547682 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 17 2023 23:40:36 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14795235 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 17 2023 23:40:29 | Synchrony Bank by, AIS InfoSource, LP as agent, 4515 N. Santa Fe Ave, Oklahoma City , OK 73118-7901 |
| 14547683 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 17 2023 23:58:57 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14547684 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 17 2023 23:40:27 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 19, 2023          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2023 at the address(es) listed below:

**Name**               **Email Address**
ALAINE V. GRBACH

District/off: 0313-4 | User: admin | Page 3 of 3

Date Rcvd: Nov 17, 2023 | Form ID: 138OBJ | Total Noticed: 29

    on behalf of Debtor Jessica J. Semidey avgrbach@aol.com

BRIAN CRAIG NICHOLAS
    on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor M&T BANK mfarrington@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Jessica J. Semidey
     Debtor(s)

Case No: 20−13983−pmm
Chapter: 13

---

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    United States Bankruptcy Court
    Office of the Clerk, Gateway Building
    201 Penn Street, 1st Floor
    Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 11/17/23